John Lepore, Respondent, v. Frank Gallo, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg and Thomas, JJ., concurred; Burr and Rich, JJ., dissented.

Wilson R. Mendell, Respondent, v. Louis D'Esterre, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Giuseppe Miano, Appellant, v. The Empire State Surety Company and The City of New York, Respondents.— Order affirmed on argument, with ten dollars costs and disbursements, on authority of *Muratore* v. *Pirkl* (109 App. Div. 146). Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., taking no part.

Clifford L. Middleton, Respondent, v. New York Electric Lines Company, Appellant, Impleaded with Henry S. Thompson, as Commissioner of Water Supply, Gas and Electricity of the City of New York and Others, Defendants.— Without passing upon the merits of the controversy, the order continuing the injunction *pendente lite* is affirmed, on argument, with ten dollars costs and disbursements, on condition that the plaintiff be ready for trial whenever the case is moved for trial by the defendants, with the privilege also of moving for the trial thereof on his part. (See *Heim* v. *New York Stock Exchange*, 138 App. Div. 96, and authorities cited.) Jenks, P. J., Hirschberg, Burr and Woodward, JJ., concurred; Rich, J., taking no part.

Charles O'Neill, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the negligence for which a recovery was had is not sufficiently alleged in the complaint. (See *Pagnillo* v. *Mack Paving & Construction Co.*, 142 App. Div. 491.) Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

May F. Peterson, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

The People of the State of New York ex rel. E. P. Bryan and Others, as Trustees of the New York and Long Island Railroad Company, Respondents, v. The State Board of Tax Commissioners, Appellants.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Blackmar at Special Term. (Reported in 67 Misc. Rep. 474.) Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Denis M. Riordan, Appellant, v. John Tensing, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.